MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

07CV411-(JGP)

| United States District Court | for the District of Columbia |
|---|---|
| Name (under which you were convicted): Curtistine Johnson | Docket or Case No.: 04-3144  03cr175-02(JGP) |
| Place of Confinement: Alderson Federal Prison Camp | Prisoner No.: 26770-016 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted) Curtistine Johnson |

FILED
FEB 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: The District Court for the District of Columbia

   (b) Criminal docket or case number (if you know): 04-3144

2. (a) Date of the judgment of conviction (if you know): April 7, 2004

   (b) Date of sentencing: September 24, 2004

3. Length of sentence: 120 Months

4. Nature of crime (all counts): Possession (w) Intent to Distribute 5 grams or more of Cocaine base; Using, Carrying, and Possessing a Firearm during a drug Trafficking Offense; Maintenance of Premises to Manufacture, Distribute, Store and Use a Controlled Substance

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Not Applicable.

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☒ Judge only ☐