CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CURTISTINE JOHNSON )
)
)
)
      Plaintiff )
)
)
      v. )      Misc. Case Number 07-0411(JMF)
)
)
)
UNITED STATES OF AMERICA )      Category   G
)
)
      Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 3, 2007 from Judge John Garrett Penn to Magistrate Judge John M. Facciola by direction of the Calendar Committee.

(Assigned to Magistrate Judge Facciola by direction of Chief Judge Hogan)

                                    JUDGE ELLEN S. HUVELLE
                                    Chair, Calendar and Case
                                    Management Committee

cc:   Judge Penn & Courtroom Deputy
       Magistrate Judge Facciola & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk