CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTISTINE JOHNSON ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civil Case Number 07-0411 (TFH) |
| ) | |
| UNITED STATES OF AMERICA ) | Category    G |
| ) | |
| Respondent ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on December 5, 2007 from Magistrate Judge John M. Facciola to Chief Judge Thomas F. Hogan by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Magistrate Judge Facciola & Courtroom Deputy
Chief Judge Hogan & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk