UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CURTISTINE JOHNSON | Criminal No. 03-175-2 (TFH/JMF)<br>Civil No. 07-411 (TFH/JMF) |

### ORDER

Pursuant to LCrR 57.19 and LCvR 72.3 of the Rules of the United States District Court for the District of Columbia, it hereby is **ORDERED** that these cases shall be referred to United States Magistrate Judge John M. Facciola for all purposes authorized by the rules.

**SO ORDERED.**

December 6, 2007

Thomas F. Hogan
Chief Judge