UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CURTISTINE JOHNSON,<br><br>    Defendant. | Criminal Action No. 03-175-2<br>Civil Action No. 07-411 |

## ORDER

Upon consideration of the Magistrate Judge's Report and Recommendation of September 2, 2008 [Docket No. 173], and no objections having been filed in response thereto, it hereby is

**ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, it is

**ORDERED** that Curtistine Johnson's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody [Docket No. 151] is **DENIED IN ITS ENTIRETY**.

SO ORDERED.

September 16, 2008

Thomas F. Hogan
Chief Judge